## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Christopher Brennan, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 17-cv-2662-MJW |
| v. ) | |
| ) | **NOTICE OF SETTLEMENT** |
| Patheos, LLC, a Delaware limited liability ) | |
| company; ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **NOTICE OF SETTLEMENT**

Plaintiff Christopher Brennan, by and through counsel of record, hereby gives notice that the parties have reached an agreement to settle this action.

The parties are in the process of documenting the settlement in a settlement agreement and expect that the agreement will be finalized and executed in the next 10 to 15 days.

Accordingly, Plaintiff requests that this matter be held in abeyance for 20 days to provide time for the settlement to be completed and dismissal papers to be filed.

Dated: January 2, 2018     Respectfully submitted by,

KUTAK ROCK, LLP

*Neil L. Arney*
Neil L. Arney
1801 California Street, Suite 3100
Denver, CO 80202
Tele: (303) 297-2400
Email: neil.arney@kutakrock.com

*Attorneys for Plaintiff Christopher Brennan*

4847-0352-9049.1